UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

BORDERS MELON COMPANY INC.

-v-

WATERMELON & PRODUCE INC.

----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 0 7 2005 ★

BROOKLYN OFFICE

ORDER OF DISMISSAL

CV04-4126 (JBW)

It is hereby **ORDERED** that the captioned case is dismissed for failure to prosecute.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

JACK B. WEINSTEIN
U.S.D.J.

Date: **9/6/05**